

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT ON REMAND

Misty Rae Bailey,          * From the 161st District Court
of Ector County,
Trial Court No. B-17-0373-CR.

Vs. No. 11-18-00226-CR      * July 8, 2021

The State of Texas,          * Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to delete the time payment fee of $25, and we affirm the judgment as modified.